UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAL OSORTO-COELLO, A-099-483-377,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-03231-DC-AC (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 10) |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 10.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondent must IMMEDIATELY RELEASE petitioner Ronal Osorto-Coello, A-099-483-377, from custody under the same conditions of release to which he was subject prior to his February 4, 2025 detention.  At the time of release, respondents must return all of petitioner's documents and possessions;

4. Within three days of the date of entry of this order, respondents shall file a notice of compliance confirming petitioner's release and that the conditions of his supervision are the same as those to which he was subject prior to his February 4, 2025 detention;

5. Respondents are PERMANENTLY ENJOINED AND RESTRAINED from seeking to revoke petitioner's release unless and until they comply with all procedures set forth in 8 C.F.R. § 241.4(l), any other applicable statutes and regulations, and the requirements of due process;

6. The Clerk of the Court shall enter judgement in favor of petition and close this case; and

7. The Clerk is directed to serve California City Immigration Processing Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    **June 8, 2026**

_____
Dena Coggins
United States District Judge

2